UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Mitchell King                                        Docket No. 5:23-CR-156-1M

Petition for Action on Conditions of Pretrial Release
Hearing Requested

    COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, James Mitchell King, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 7th day of July 2023.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    On September 29, 2023, the defendant was involved in a severe motorcycle accident and ultimately charged with Driving While Impaired, Driving with License Revoked, Expired Registration Card/Tag, Drive Left of Center, No Motorcycle Endorsement, Motorcycle Fail to Burn Headlamp, Expired/No Inspection (23CR703076) in Vance County, North Carolina. These charges remain pending. It should be noted that this court specifically ordered the defendant not use any alcohol or operate a motor vehicle on any street, highway, or public vehicular area.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: October 24, 2023

**ORDER OF THE COURT**

Considered and ordered on October 27, 2023. It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge