IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No 5:23-CR-00156-M

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JAMES MITCHELL KING, | |
| Defendant. | |

This matter comes before the court on Defendant's unopposed motion to reset the bond revocation hearing [DE 30]. For good cause shown, the motion is GRANTED. Defendant's hearing is reset to November 7, 2023.

SO ORDERED this 3d day of November, 2023.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE