UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Mitchell King                Docket No. 5:23-CR-156-1M

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, James Mitchell King, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 7th day of July 2023.

On October 27, 2023, a Petition for Action was filed advising the court of the defendant being charged with new criminal conduct. The U.S. Probation Office requested that a bond hearing be scheduled to determine if the defendant's bond should be revoked.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant's revocation hearing in this case has been continued until the January 9th term of court in 2024. Considering King's continuing struggles with alcohol use, we are recommending implementing the Remote Alcohol Monitoring Program to assist in monitoring his future alcohol abstinence. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER**:

The defendant must abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer. The defendant must pay all the costs of the program.

                     I declare under penalty of perjury that the foregoing is true and correct.

                     /s/ Linwood E. King
                     Linwood E. King
                     U.S. Probation Officer
                     310 New Bern Avenue, Room 610
                     Raleigh, NC 27601-1441
                     Phone: 919-861-8682
                     Executed On: December 15, 2023

**ORDER OF THE COURT**

Considered and ordered on December 16, 2023. It is further ordered that this document shall be filed and made a part of the records in the above case.

Robert T. Numbers, II
United States Magistrate Judge

**James Mitchell King**
**Docket No. 5:23-CR-156-1M**
**Petition For Action**
**Page 2**

**FOR JUDGE'S VIEW ONLY**
**DO NOT FILE**



**James Mitchell King**
**Docket No. 5:23-CR-156-1M**